### JACK MORGAN v. THE STATE.

*No. 776.    Decided November 8.*

1. **Recognizance where the Offense is not Eo Nomine.**—A recognizance, to be sufficient, where the offense for which defendant was convicted is one not made such eo nomine by the Penal Code, it is necessary that its essential elements be set out in the recognizance; otherwise, the obligation is fatally defective.

2. **Same—Disturbance of Religious Worship.**—A recognizance which recites, that defendant " stands charged with the offense of disturbing religious worship," without further setting out the elements of that offense, as defined in article 180, Penal Code, is fatally defective.

3. **Same — Practice on Appeal — Jurisdiction.**—Without a sufficient recognizance, the jurisdiction of the appellate court can not attach.

APPEAL from the County Court of Tyler. Tried below before Hon. B. E. MOORE, County Judge.

This appeal is from a conviction for disturbance of religious worship, the punishment being assessed at a fine of $25.

A motion was made by the Assistant-Attorney General to dismiss the appeal, upon the ground that the recognizance was fatally defective in failing to set out the essential elements of the offense.

A statement of the facts is unnecessary.

*L. F. Chester*, for appellant.

*R. L. Henry*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—The recognizance recites that defendant " stands charged * * * with the offense of disturbance of religious worship." The offense sought to be recited not being one eo nomine, it is necessary that its essential elements be set out in the recognizance; otherwise the obligation is fatally defective. Without a sufficient recognizance the jurisdiction of this court can not attach to the appeal. Acts 1892, p. 38, secs. 32, 33; Mullinix v. The State, ante, p. 116, and authorities cited.

In order to constitute the offense sought to be recited, the congregation must be assembled for religious or other mentioned purpose, must be con-

ducting themselves in a lawful manner, and the disturbance must be will-fully created.

The motion of the Assistant Attorney-General is well taken, and must prevail. It is therefore granted, and the appeal is dismissed.

*Appeal dismissed.*

Judges all present and concurring.